568

433 A.2d 538

Filipkowski v. Ritter, Appellant.

Submitted September 13, 1979.  John P. Campana, for appellant;  Richard Roesgen, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.

HOFFMAN, J., filed a memorandum dissenting statement.

433 A.2d 538

First Valley Bank v. Steinmann et al., Appellants.
Petition for Allowance of Appeal Denied Sept. 14, 1981.

Argued December 4, 1979.  Alice P. Steinmann, appellant, in propria persona;  Bruce B. Steinmann, appellant, in propria persona;  George A. Hahalis, submitted a brief on behalf of appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.